UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THE COMMONWEALTH SCHOOL, INC.,
    Plaintiff,

v.

Civil Action No. 1:16-cv-10749-IT

COMMONWEALTH ACADEMY HOLDINGS
LLC a/k/a COMMONWEALTH ACADEMY,
JOHN A. FOLEY and PROJECT-13, INC.,
    Defendant.

## ORDER FOR RETURN OF FUNDS

TALWANI, D.J.:

For the reasons set forth in the Electronic Order at document [146], the amount of Twenty-Five Thousand Dollars ($25,000.00) received in escrow by this court on 11/04/2016 (Receipt # 1BST059127) is hereby returned to the Plaintiff, in full, plus any accrued interest.

IT IS SO ORDERED.

Dated: October 16, 2019

Indira Talwani,
United States District Judge